PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE <u>Southern</u> DISTRICT OF TEXAS
<u>Corpus Christi</u> DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

**FEB 24 2017**

David J. Bradley, Clerk of Court

<u>Vincent Corson 1973705</u>
Plaintiff's Name and ID Number

<u>Connally Unit, 899 FM 632, Kenedy, Tx 74118</u>
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

<u>Warden, Miguel Martinez, 3001 Emily dr, Breeville, Tx 78102, official capacity</u>
Defendant's Name and Address

<u>Warden assistant, C. Furr, 3001 Emily dr, Breeville, Tx 78102, official capacity</u>
Defendant's Name and Address

<u>Assistant Warden, K. Putnam, 3001 Emily dr, Breeville, Tx 78102, official capacity</u>
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant. Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim. Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?  ___ YES ✓ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: C.Y. Connelly Unit, 899 FM 632, Kenedy, Tx 78119

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        ✓ YES    ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Vincent Corson, 899 FM 632, Kenedy, Tx 78119

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Warden, Martinez Miguel, 3001 Emily dr, Beeville, Tx 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Allowing assistant Wardens, and Grievance investigators to intentionally not resolve issues

Defendant #2: Assistant Warden,                3001 Emily dr, Beeville, Tx 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Allowing Grievance officers to intentionally not resolve issues

Defendant #3: Assistant Warden,                3001 Emily dr, Beeville, Tx 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Allowing Grievance officers to intentionally not resolve issues

Defendant #4: Grievance investigator (unknown name) ID: 02226, 3001 Emily dr, Beeville, Tx 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Intentionally not investigating adequately, and not resolving any issues

Defendant #5: Grievance investigator (unknown name) ID: 2197, 3001 Emily dr, Beeville, Tx 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Intentionally not investigating adequately, and not resolving any issues

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The Grievance investigators mentioned, and more to be added, refuse to, adequately, Investigate, and simply, blame the inmate and refuses to resolve any complaints. The assistant Warden's both sign off on the Grievance's acknowledging an adequate investigation was conducted when it was not. The Warden is their Supervisor, and authorizes them to leave any and every issue they wish not resolved, unresolved, and as their Boss, liable.

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Injunctions placed on the grievance system to force the investigators, to actually do an investigation, with changes to their Responses. (More detailed)

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Vincent Alonzo Corben

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1973705

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied?                    ____YES ___NO

Rev. 05/15

4

C.  Has any court ever warned or notified you that sanctions could be imposed?  _____ YES __✓__ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _____

    2.  Case number: _____

    3.  Approximate date warning was issued: _____

Executed on: _2/15/17_
       DATE

_Vincent Corson_
      (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _15th_ day of _February_, 20 _17_.
      (Day)           (month)        (year)

_Vincent Corson_

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2016152525

Date Received: 6-2-16

Date Due: 7-12-16

Grievance Code: 500

Investigator ID #: #9502226

Extension Date: _____

Date Retd to Offender: **JUL 1 2 2016**

Offender Name: Vincent Corson   TDCJ # 1973705

Unit: Mcconnell   Housing Assignment: 4015T

Unit where incident occurred: Mcconnell
low calories

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt Flores   When? 5/31/16

What was their response? I should write an Step 1

What action was taken? I'm writing my step 1

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I understand that the prison is under staffed. What I don't understand is how when we're clearly not going to be allowed to eat lunch or dinner (hot meal) & instead we're going to be served Johnny sack meals, how we're still forced to go to work. To not feed us our required daily minimal calorie intake is one thing, if I'm sitting around doing nothing all day, & not burning any extra calories. Instead though, we're sent to work, where we burn a lot more calories than we're given. It's very understandable if you can't feed everyone, & have to only feed the inmates who go to work & need that extra intake. Wrong phrasing, the regular intake, not extra!!, or 2 eggs (boiled) & a pb & j sand which is no where remotely close to my needs if I've been burning calories, walking to & from work, walking while at work, performing my duties, what ever they may be & then returning home. If you simply can't feed, the workers, than don't allow us to go to work that day. As far as SSI's, since they're a nominal requirement & out right need to maintain the prison, they should always get a hot meal if they're on duty. I do not want to get into that argument, but it's bad enough we don't get paid, the least you could do is feed us, & if you can't leave us home for the day. It's not our fault the prison's having such a hard time filling & keeping it's staff. Not feeding us an actual full course meal, when we're not on lock down, is a extra punishment no one, especially a working man should have to deal with.

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

**Action Requested to resolve your Complaint.**
If you can't feed us, leave us home for that day. Or atleast feed your workers. That or at least have the officers in charge of us give us the option of staying home if there's no hot meal.

**Offender Signature:** Vincen Coon                           **Date:** 6/1/16

**Grievance Response:**

Your concern has been noted. An investigation was conducted and did reveal that when sack meals are served the Food Service Department ensures than the proper amount of calories is provided for each meal. No action warranted.

**Signature Authority:** _C. Furr Au_ Warden C. Furr                **Date:** JUL 11 2016

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

**I-127 Back** (Revised 11-2010)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

**Appendix F**



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _2016152525_

UGI Recd Date: _JUL 13 2016_

HQ Recd Date: _JUL 18 2016_

Date Due: _8.22_

Grievance Code: _500_

Investigator ID#: _1722_

Extension Date: _10-1_

Offender Name: _Vincent Corson_    TDCJ #: _1973705_

Unit: _Mcconnell_    Housing Assignment: _4D15T  15T_

Unit where incident occurred: _Mcconnell_
_Calories_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Obviously I wasn't brad enough. So, I'm being told the johnny sack meals are adiquate calories. Fine, on who's level? The inmate who does nothing all day, the one who works out twice a day, the one who goes to work 6hrs a day, the one who works 12 hrs a day, or the one who has to push the electric crane across an open field, in the middle of the day? If you say the last then you're over feeding the first, if you say the first then you're under feeding the last. You want to convince me that my hot dog, & pb&J are adiquite, but then give no details. I'm not convinced. Let's expand this. Now convince me that they contain all the vitamins we require for the day. The A, C, sodium, protein, fiber, carbs, calcium, iron, sugars, & I could continue, but I won't. You're using peanut butter to add calories to our meals, only the sand whiches are always light on the peanut butter, but it's enough? Moving on, you refuse to pay us, our good time/work time means nothing since everyone working or not get's it, then you refuse to feed us properly. I dare one of you to eat a sack meal 3 times a day, then come to work for 12 hrs, & be fine. Not a single one of you would. The MRE, I got in the army, was just enough & they still said it was just barely enough for an active soldier, but you expect me to believe that a meal with less than a 1/4 the food is. I restate my position, for your workers, feed us hot meals. When you reply, & you say once again I'm wrong, you're right, it'd be nice if you could give me a vitamin & calorie count on my pb&J & hot dog meal, & prove you're not just lying. Because I know you won't change your policy, or do an investigation, could you not take 45 days to reply so I can forward this matter up higher please. Y'all may believe y'all can just bs, in mates, but you're not dealing with an avg idiot. Once this is returned without change, it will be sent to my lawyer Mr Duane B Greeff, whom's already been ordered to copy & send it to the gov, regional, president, & vice, lastly the mayor.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

So by all means, do the normal. You could also check the vitamin + calorie counter 3 boiled eggs +
a Pb+J meal, + actually report something back (We did an investigation) is not enough!
Feed us hot meals, or give us the option to take off, its simple. That or pay us, which we know
isn't an option, + if you want to say you pay us, then you're paying us less then 1/2 the minimal wage
of the U.S.   (3 hots + a cot) old principles shouldn't die in prison. Basic rights!

**Offender Signature:** Vincent Corum                          **Date:** 7/17/16

**Grievance Response:**

Your complaint has been noted and was appropriately addressed at Step One. Breakfast sack meals
shall provide at least 600 calories, lunch and dinner sack meals 800, excluding calories for any dessert
item provided. A peanut butter sandwich contains 320 calories, peanut butter and jelly is 360 calories, a
hardboiled egg is 75, all items in a sack meal contain calories which meet or exceed the daily
requirements. No further action warranted.

E. Garza, Region IV Assistant Director

**Signature Authority:** Eric Garza                          **Date:** 8/17/16

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                          Appendix G

Texas Department of Criminal Justice

**STEP 1**

OFFENDER
GRIEVANCE FORM

OFFICE USE ONLY

Grievance # 2017031158

Date Received: 10.27.16

Date Due: 12.06.16

Grievance Code: 815

Investigator ID #: 1950 2226

Extension Date:

Date Retd to Offender: DEC 0 6 2016

Offender Name: Vincent Carreon   TDCJ # 1973705

Unit: McConnell   Housing Assignment: 20+E   120 27

Unit where incident occurred: McConnell

Policy violations

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Deboy as Gormet factory/Maj also broche   When? 10/18/16

What was their response? That's a grievable issue / I don't care

What action was taken? I'm grieving it

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.
(Policy violations, + inhumane treatment.) I got out of Seg on 10/13/16, after speeding 10 days inside. I received a case, that I assume was dropped. I need to back up to the 3rd. During the 5 am count, myself and offender Harrison, Adrian were about to fight in our cell. Harrison started yelling at the guard (Brandon English), as he passed, he stopped + opened the door, which I then requested to exit to avoid said fight, He let me out + said he'd call the sgt. A little while later he came back + told me, "the sgt was on his way, but said if you don't return to your cell, he's gonna lock you in Seg". I took my chances. He came, + I told him about my issue, + he restated go to my room or Seg. So I got taken to Seg. He stopped by the front Desk of 4 building + called a cpt, asked where to put me, but failed to tell him why I was out of room. Policy's (no offender will obey the staff's orders at all times, as long as the orders do not place him in physical danger) Both tried to force me back into a unsafe condition. According to officer English, he ordered me back into my room, when he didn't, so he wrote me a case # 20170037280, for refusing housing. If he ordered me to return, that's a policy violation, if he removed me from my room during count, for any other reason than a safety issue, that's a prison security policy violation and the sgt who demanded me return to my cell also violated policy. Next, in Seg Sgt Mackey read me my case + I told him what happened + he flatly said I shouldn't have gotten a case, but pushed it forward anyway. Policy (the supervisor shall attempt, if appropriate, to resolve the matter informally by counseling or verbal reprimand). Feeling I shouldn't get the case, but giving it anyway violation of this policy. Then at 6 am on the 6th was 72 hrs in seg for prehearing detention. Policy (hearing shall be held within 72 hrs of the offender's placement in prehearing detention) I did not get hearing until 10 pm, 16 hrs later, then The lt who gave the hearing stated "Sgt Mackey shouldn't have given you this case, but since he did, it's not my job to decide if your guilty, just assess your punishment. Policy (and decide whether the weight of the evidence shows the offender to be guilty or not guilty) Blatant Policy violation. Granted after 10 more minutes of arguing he decided to go investigate. 8 days later, with no

5

further he _____ to leave me in Seg, my current cell 3B14T, was open as of the 4th, so there's no excuse. I've still not received my guilty or not guilty. Yes they had 16 days to release me, + yes they have until the 3rd 1st to finalize the case, + they are ensuring they use every bit of this time. What is there to question, Brandon English, had no cause to let me out my room during rec up times, + during count, unless for a safety concern. So either he violated Prison Safety Policies + let me out, or he lied + said he ordered me back in + violated Prisoner Safety Policies, or he lied + wrote a bogus/false report violating that Policy. Either way he, the sgt, the cpt, sgt Mackey, + the Lt, all violated policy, with the Lt, finally absolving himself + investigation. I'm not disputing the case, I'm disputing the blatant Policy violations. I'll dispute the case on the first if it's found I'm guilty.

**Action Requested to resolve your Complaint.** officers either need to be written up, or reduced in rank at those titles stripped for not following policies. I can't decide what should happen for policy violations

**Offender Signature:** _____ **Date:** 10/25/16

---

**Grievance Response:**

Your concern has been noted. An investigation was conducted and did reveal that the disciplinary case in question was dismissed and is not on your record. No further action warranted by this office.

DEC 0 2 2018

**Signature Authority:** _____ Warden C. Furr **Date:** DEC 0 2 2016

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language.
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [x] 11. Inappropriate. *

**UGI Printed Name/Signature:** S. Ruiz / S. Ruiz

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

**OFFICE USE ONLY**

Initial Submission    UGI Initials: SR.
Grievance #: 2017030090
Screening Criteria Used: #11  899
Date Recd from Offender: OCT 25 2016
Date Returned to Offender: _____

2nd Submission    UGI Initials: CS
Grievance #: 2017030090
Screening Criteria Used: #11  899
Date Recd from Offender: OCT 23 2016
Date Returned to Offender: OCT 23 2016

3rd Submission    UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

I-127 Back (Revised 11-2010)

Appendix F

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20173037200 TDCJ-NO: 01973705 NAME: CORSON,VINCENT ALONZO           FP: 15.1
UNIT:ML   HSNG: 12FA2   13        JO   PRE-HEARING DETENTION              ID: 095
CLSS: L1  CUST: G2  PRIMARY LANGUAGE: ENGLISH    LMHA RESTRICTIONS:    LMHA
GRDE: MI / MA   OFF.DATE: 10/03/15  05:45 AM  LOCATION: ML 4 BUILDING
TYPE: ID

OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT ML 4 BLDG D POD DAYROOM, OFFENDER:
CORSON,VINCENT ALONZO, TDCJ-ID NO. 01973705, REFUSED TO RETURN TO HIS ASSIGNED
HOUSING AS ORDERED BY OFFICER ENGLISH.

CHARGING OFFICER: ENGLISH, BRANDON CO III          SHIFT/CARD: 2 B
                        OFFENDER NOTIFICATION
                                                   IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: 2100/10-07-16 BY: (PRINT) Sgt Sullivan
YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.  DO YOU WANT TO ATTEND THE HEARING?  YES  NO    IF NO, HOW DO YOU
PLEAD?  GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: _____ DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: _____     DATE: _____
                        HEARING INFORMATION
HEARING DATE:_____ TIME:_____ INTERPRETER SIGNATURE:_____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE:_____

OFFENDER STATEMENT:_____
_____
_____

OFFENSE CODES:            24.0
OFFENDER PLEA: (G, NG, NONE) !_____|_____|_____|___ ___|
FINDINGS: (G, NG, DS)        !_____|_____|_____|___ ___|
                        PUNISHMENT
LOSS OF PRIV(DAYS) _____   REPRIMAND _____
 *RECREATION(DAYS) _____   EXTRA DUTY(HOURS) _____
 *COMMISSARY(DAYS) _____   CONT.VISIT SUSP THRU ___/___/___
 *PROPERTY(DAYS).. _____   CELL RESTR(DAYS) _____
 *_____(DAYS) _____
        SIGNATURE FOR RECEIPT OF FINAL REPORT:_____
_____     _____
     ___ER (PRINT)                        WARDEN

        CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
        COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA



**Texas Department of Cr.....  Justice**

# STEP 2     OFFENDER GRIEVANCE FORM

Offender Name: Vincent Corson     TDCJ # 1973705

Unit: CY     Housing Assignment: ~~12A29~~

Unit where incident occurred: _____     TII45B

**OFFICE USE ONLY**

Grievance #: 2017031158

UGI Recd Date: 12|09|16

HQ Recd Date: DEC 15 2016

Date Due: 01-18

Grievance Code: 815

Investigator ID#: 1722

Extension Date: _____

You must attach the completed Step 1 Grievance t..... signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 .....n returned unprocessed.

**Give reason for appeal (Be Specific).**     I am dissatisfied with the response at Step 1 because...

Now, it's Funny. The Fact that the Final 2 lines of my Step 2 stated "I'm not disputing the Case, I'm disputing the blatant Policy violations. I'll dispute the case on the First if it's found I'm guilty."

Strange. Very Strange, how y'all addressed this disciplinary case, when it was not in question. When I said, "I'm not disputing the Case," I meant, "I am Not Disputing the Case!" maybe that is clearer.

Now, with this, after you've broken a Policy, or Committed a Crime, or Broken a Rule, just because you say "Sorry," or, "My bad," which y'all've said neither, that doesn't clear you; you still get punished.

Now, with that, by sending me to Seg, for even a single day for no Valid reason, is Cruel. By leaving me their for 10 days, for no Valid Reason is Cruel & Unusual, which is a Violation of my 8th Amendment Right! Because of this I had to Seek out Mental health, since y'all were aggravating my Dis order's; in Schizophrenia, in Paranoia! (Feeling y'all were Attacking me). Guess what, that covers the Pain & Suffering section of my law suit. Y'all don't want to address your officer's about their roles in causing me Mental distress, just cause they could, then TDCJ-CID, will pay for it.

8 extra days in Seg, when there was an Extra Boom available, & y'all Dismissed the Case, means Y'all Violated my Rights! If y'all would've found me Not Guilty, that would've meant, I shared Some Guilt. By Dismissing it, that means I shared No Guilt! Which means your Officers, of The Law, need to be Addressed in their Roles; of causing me Mental Distress, for No Valid Reason.

I Dare y'all to tell me you've addressed my Complaint, when y'all know I cannot

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

complain about a Disciplinary Case until its Resolved, + Returned to me, either Guilty, Not
Guilty, or Dismissed, which as of Today 12/9/16, y'all still have not done. Finally:

# I AM NOT Disputing The Disciplinary Case!!!!!!!!!

I hope the above is Clear enough for you. Thank you.

**Offender Signature:** _____    **Date:** 12/9/16

**Grievance Response:**

Your complaint has been noted. Staff statements refute your allegations, evidence revealed you
were removed from your cell and place in the dayroom, at no time were you ordered to return to
the cell. An offender can be held in pre-hearing PHD status for a total of 10 days and an
additional 10 days with justification. You were in PHD status from 10/3/16 to 10/12/16, on
10/12/16 your status changed to transient custody overflow due to lack of appropriate housing, on
10/13/16 you were released back to GP. The case was dismissed prior to docket, it was never
heard. There is no evidence your rights or policy was violated. No further action warranted.

P. Chapa, Assistant Regional Director

**Signature Authority:** _____    **Date:** 01-10-2017

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**         **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**         **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**         **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                    **Appendix G**



# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2017035997

Date Received: 11.4.16

Date Due: 12.4.16

Grievance Code: 814

Investigator ID #: ~~1950~~ 2226

Extension Date: _____

Date Retd to Offender: DEC 1 4 2016

Offender Name: Vincent Carson   TDCJ # 1973705

Unit: McConnell   Housing Assignment: ~~2519T~~ 3A 21T

Unit where incident occurred: McConnell

Racism

---

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt Flores   When? 10/27/16

What was their response? Is not her shift, or section, cannot do anything

What action was taken? Writing Grievance.

---

State your grievance in the space provided.  Please state who, what, when, where and the disciplinary case number if appropriate

Declaration of Human Rights.

Article #2) Everyone is entitled to all the rights & freedoms set forth in this Declaration, WITHOUT, distinction of ANY kind, such as RACE, Color, sex, language, religion, political or other opinion, national or social origin, property, birth or STATUS!!

Sgt Guzman, & officer Cavallero (possibly misspelled), He was the desk boss on Tuesday the 25th. They don't that fair. Officer Cavallero, showed me nothing but disrespect as I tried 3 different times to get a library pass. Shooing me away like the act of talking to me was disgusting. Like it was the most cruel punishment on earth. Then when I confronted Officer Guzman, he blurted out "We're not gonna do, or change anything for you." The problem was, he broke procedure. Procedures the library which is each building to follow. Had this same issue on 4 building & had to have them take care of it. Issue; improperly handing out the passes & punishing the ones who have to work. (that's not what this grievance is about) This is about it I were hispanic, I wouldn't have been treated so disrespectfully. In my opinion, he's racist, & showed it this day.

Next

Sgt Guzman, & I quote, "If I give it to you, ⅄ I can't give it to anyone else on the building." First off, I'm on the same building. Second, I'm allowed to go to the library. Third, why is giving me a library pass a problem. Those were the quoted words, spoken by Sgt Guzman. It's no secret that McConnell is 70% hispanic, 20% Black, & 8% white, leaving 2% other (Inmates) So with this, what is the only plausible reason to utter those words? Easy. She meant, "It I give it to you, black person, I take away the opportunity of one of my fellow hispanic's to get one, & that'd be wrong." Unless you can give me a reason why

---

I-127 Front (Revised 11-2010)   YOUR SIGNATUR___   RED ON BACK OF THIS FORM   (OVER)

...nce that has b
Step 1 that has

Appendix F

giving someone, if you building a library pass would be a bad thing, or me you wouldn't be allowed to give someone at you building a library pass. If you could tell me a good reason why you'd say that, other than what I stated, then I'll drop this immediately!

Look, you're going to respond back, "I'm wrong, I'm lying, you're right." So could we please not waste 40-80 days. You're not gonna believe me, they're gonna lie, & I'm gonna submit my step 2, so let's not take so long. Please. Only a fool would believe Grievances work.

All of the above events happened at 3 bldg, front desk.
Note: If Sgt Guzman didn't mean it the way she said it, maybe she could clarify herself.

**Action Requested to resolve your Complaint.** Counsel, or speak with Sgt Guzman, & officer Cavallero, about the importance of not being racist, & if they can't, they shouldn't work in a diverse enviroment.

**Offender Signature:** _Nurie Cm_                     **Date:** _10/28/16_

**Grievance Response:**

Your concern has been noted. An investigation was conducted and did reveal no evidence to substantiate your allegations of staff misconduct or discrimination. Staff contends that all offenders are afforded the opportunity to receive library passes regardless of race. No action warranted.

**Signature Authority:** _C. Furr_          **Warden C. Furr**          DEC 13 2016

**Date:**

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**I-127 Back** (Revised 11-2010)

**Appendix F**



**Texas Department of Criminal Justice**

# STEP 2     OFFENDER
GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: **JAN 03 2017** |
| Date Due: **2-5-17** |
| Grievance Code: **814** |
| Investigator ID#: **2197** |
| Extension Date: _____ |

Offender Name: Vincent Corum     TDCJ # 1973705

Unit: McConnell CM     Housing Assignment: 34211

Unit where incident occurred: McConnell     7T45B

*You must attach the completed Step 1 Grieva____ ____en signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a ____ ____ been returned unprocessed.*

**Give reason for appeal (Be Specific).**     *I am dissatisfied with the response at Step 1 because...*

So, let's digest this, shall we. So, the camera's didn't show me going to the front desk, 3 times, requesting a library pass, + being turned down. Then, the camera's didn't show me standing on the right side of the desk, on my 4th trip, talking to Sgt Guzman, or the officers standing in attendance. Then, I actually did go to the library this day, + I didn't have to put in a request to go to the library that following weekend, where I explained to them that once again, the front desk was not spreading the passes out evenly, but instead doing one section at a time, which they (library staff (official)), state is wrong! Well, D as I've stated before, could you please refer me to Mental Health.

One of 3 things are happening, either yall are refusing to help me, Mentally, being as I'm clearly delusional, and none of the above actions happened, and I did go to the library that Tuesday, or yall aren't doing your jobs + investigating, properly.

I know you're not going to convince me that me and Sgt Guzman, didn't stand at 3 building's front desk, and talk, which, it I understand the surveilance system properly, would be on camera, at the time.

If she didn't say, what I say she said, then, what did she say? I'm sure you have it Documented, in your investigations documents what she, and or all 4 officers at the desk, said, that she actually said, + her saying, I don't remember what I said, means, her claims that she didn't say that, mean nothing, since you can't say you didn't say what you don't remember.

✱ So, what did she say? Did I actually go to the library that day? Did I not go that weekend?
✱ Did I not pass by, stop, and address the 3 building, on 3 seperate instances? Did I not stop and talk
✱ to Sgt Guzman?

If the answer to all of the questions is No, then why are yall Not referring me to Mental Health, since I'm clearly Delusional?

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

Does both a traug; Do your Investigation. Answer the questions I asked onthe front side identified with a ☆. You answer these in the "Grievance Response" section, below. If you cannot do this then that simply means, you, once again, did No Investigation.

Note: I AM Not Stupid!!!!! College Educated!

**Offender Signature:** _[signature]_      **Date:** 12/25/16

**Grievance Response:**

Your complaint has been noted and was appropriately addressed in Step One. You did not provide names of witnesses or evidence to collaborate your allegations. Video could not be obtained due to retention period. Staff statements refute all allegations. No further action warranted.

P. Chapa, Assistant Regional Director

**Signature Authority:** _[signature]_      **Date:** 01/26/2017

**Returned because:** *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible.*
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments.*
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
- ☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____



# Texas Department of Criminal Justice

## STEP 1     OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2016102735 |
| Date Received: | 6.20.16 |
| Date Due: | 7.30.16 |
| Grievance Code: | 302 |
| Investigator ID #: | 14502226 |
| Extension Date: | |
| Date Retd to Offender: | JUL 2 9 2016 |

**Offender Name:** Vincent Carson     **TDCJ #** 1977705

**Unit:** Mcconnell     **Housing Assignment:** 4 D15T

**Unit where incident occurred:** Mcconnell

I-60 replies

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt Guzman ___ When? 6/19/16

What was their response? To write Maj mckee before I write the Wardens. That addresses 2 of my 17-18 I-60's=(on on mail

What action was taken? I'm sending an I-60 to maj mckee tomorrow about the reseoy I wrote the Warden

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Since (5/23/16) I've sent aprx 19-20 I-60's to various locations within the prison. Of those 19-20, I've received replys to 7. 17 of them needed responses. The biggest offender is the law library. I've sent 6 to them alone, & recieved none back, & have had 2 of the 6 achnowledged. The other 4 were each ranored. On the 7th & 10th of june I wrote the worden, no reply, on (5/26/16) I wrote the VA dept, for which there is none, but didn't get that message until I wrote another I-60 to the mail room & they replied on (6/13/16) to tell me in 11 words that it must go first class mail. That's 13 days & they only replied becase I asked if they'd thrown it away. I wrote the chaplin on (5/26/16) & have gotten no reply. I could continue, but you get the picture. My question is why force us (inmates) to use the I-60 system to request help, information, apts, or whatever, if you're just going to ignore them, then get mad when we approach you directly? Why not at minimal reply with a simple, "Ack, or acknowledged". One word, to atleast let us know you're recieving our I-60's. Maybe even a statement addressing our questions. Then maybe you're not getting our I-60's, if this is the case then the issue at the mail room needs to be addressed. If you're going to say maybe you're not writing clear enough, I have 8 returned I-60's that I'll gladly produce as proof that my hand writing is very much legible. Because of these problems, I've been forced to keep track of each I-60 I send out, & have an officer verify that it is in fact legible, & that I am in fact sending them out since I'm not getting replies. Sgt (suniagi)= possibly misspelled. Can verify, & confirm that I am not lying about this. It took me 3 I-60's & 3 I-302's to get carbon copy paper, & only after I had 2 sgts verify I'm sending the requests & I had the time, & dates, plus their respective names on the I-60. That's ridiculous! I wrote 4 alone on the 10th to (state counsel, Admin, the Worden, & the law library) & I've gotten no responses. I've got word for word written

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

...fact that I've got to go through this much to be able to use a syst press used for 10 or more yrs, is not logical!

→ Sgt Guzman informed me that it is very well possible that alot, if not most of the I-60's submitted are ignored, or trashed, especially if they're sent to the wrong dept. Instead, why not inform us of which correct dept to send it to? This still only addresses one of my I-60's, so that leaves 16-17 sent & 7 replied to in the last mths, leaving 10 unaccounted for, all of which were sent to the proper depts. Once again I've got the dept, dates, people, & topics written down if you need to see them. Only for a handful at the moment since I just started keeping track, the topics are written word for word.

**Action Requested to resolve your Complaint.** Make it mandatory to reply, even with a simple, "Ack, or acknowledged," That's not to hard. The Medical does it, why not everyone

**Offender Signature:** _Vince Com_      **Date:** _6/18/16_

**Grievance Response:**

Your concern has been noted. An investigation was conducted and did reveal that no evidence to substantiate your allegations. Staff contends that I-60s received from offenders are responded to appropriately. No action warranted.

**Signature Authority:** _C. Furr Am_      **Warden C. Furr**      **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2016162735 |
| UGI Recd Date: | 8 11 16 |
| HQ Recd Date: | AUG 0 8 2016 |
| Date Due: | 9-10 |
| Grievance Code: | 302 |
| Investigator ID#: | 2197 |
| Extension Date: | 10-20 |

Offender Name: Vincent Corson    TDCJ # 1973705

Unit: Mcconnell (ML)    Housing Assignment: 4B15F

Unit where incident occurred: Mcconnell    12E 13

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

Another crowning example of why I feel this grievance system does not work, properly. I even told you in my step 1 that I'm keeping a runing log of the I-60 & I-302's I'm sending & you still respond back "we're right, you're wrong", so to speak. Here's my report. As of 6/10/16 I've sent over 95 I-60's, I-302's, & step 2's. Aprx 90 I-60's. Of those 90 more then 40 haven't been replied to. That's just under half. Let's break it down. I've sent 4 to Warden Furr, 2 to both assistant wardens a piece, 3 to Maj McKee, 8 to Menchaca, 3 to J. Garcia-grievence, state counsel for offenders x 6, 3 to Brentry, B.pd x 2, 6 to law library, 4 to the countroom. That's all of the multiple one's I've sent, lets do singles or 2's: General library x 1, Counsel substitute x 1, Safety x 1, pest control x 2, mount x 2, that about sums it up. No my record keeping isn't perfect, there are some that I did not log down, on top of I didn't start keeping track until the 10th of june. It took for me to write a step 2 to get an indigent fan that I requested on 8 I-60's to menchaca, in 37 days. The Warden, assists, & Maj, have all equally ignored my requests for a personal interview, As stated on my step 1 it took 3 I-60's + 3 I-302's to get my supplies from the law library, + they to don't reply at all to requests for sessions wether you get them or not, kinda like my request for fridays, didn't get a lay-in, but also didn't get a reply telling me why, All these I-60's that I've listed, needed replying to. Then I've added the I-60 I wrote to the mail room. They show the request to the VA dept, which doesn't exist, + my request for where my I-60 went, some 2 wks later. Let's be even more specific. This section is only no replies: 6/29 = countroom, property room, 7/8 = mount, general library = 7/12, Counsel substitute 7/11, Warden, maj mkee, safety, assist wardens = 7/11, pest control = 7/11, J. Garcia = 7/13, 7/19, 7/20, Men chaca = 7/1, 7/13, 7/18, 7/19, 7/20, + more, mount = 7/13, B.pd, school = 7/14, Those are some of the dates I sent them, month + day = 7/11, Yall did an investigation, but didn't request to see my runing

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

record, log. Why is that? Y'all don't keep track of every I-60 y'all got, from every inmate. Let me tell you, if I by myself have over 40 non returned I-60's + you're saying there's no problem, then either you're blind, or attacking me cause I'd hate to see how many I-60's aren't being replied to from the entire inmate population. Once again, I've got a runing log + if you need to see it cause what I written on the front isn't adequate, then I'll show it. 53 total non response I-60's

**Offender Signature:** _Vince Torres_                    **Date:** _7/30/16_

**Grievance Response:**

Your complaint has been noted and was appropriately addressed at Step One. Administration is aware of
your concerns. All efforts are being made that all I-60's received are responded to in a timely manner.
There is no evidence of any staff misconduct. No further action warranted.

P. Chapa, Assistant Regional Director

**Signature Authority:** _[signature]_                    **Date:** _09-22-2016_

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

    (check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

    (check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

    (check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                    **Appendix G**

Texas Department of Criminal Justice

# STEP 1  OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2016192008

Date Received: 8-8-16

Date Due: 9-17-16

Grievance Code: 500

Investigator ID #: ~~1950~~ 2226

Extension Date: _____

Date Retd to Offender: SEP 16 2016

Offender Name: Vincent Corson  TDCJ # 1973705

Unit: Mcconnell  Housing Assignment: 4015T 15T

Unit where incident occurred: Mcconnell
                              egg restrict

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Cpt Salazar, sgt info ust chow hall    When? 7/31/16  3:40 am

What was their response? sgt = write cpt Salazar, cpt Salazar = no response = see begining

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I-60 = Yesterday 7/30/16 = lunch = We recieved Johnny Sac meals, I'm on an egg restriction. We had boiled eggs, but I had no substitute. I brought this to the attention of the officer handing them out, mrs. Kennedy; + she informed me that if I can't have eggs, the raisins are my substitute. Don't know if this is true or not since anyone that wanted raisins, got them. If it's true then fine, if not, then not fine. The fact that I saw other diet tray, beggy's lets me know there were other options, atleast fa- them. If it was just forgotten, could you make sure it doesn't continue to happen? Only reason I'm worried about it is because of the coming lock down. Also, could you please write me back "respond" to this I-60 so I atleast know what's going on, + what actually went on? If not, I'm going to just write my step 1, + I'd rather avoid unecessary extra paperwork. Regardless of out come, please Reply.
         I-60 to cpt Salazar →    Submitted 8/1/16 →
In anticipation to not getting a response I wrote this step 1. Above is my issue, my first. Below is my second

2) This I-60 clearly needs to be responded to, but was not, + when I wrote a grievance on I-60's not being replied to # 2016162735, I'm told; "staff contends that I-60's recieved from offenders are responded to appropriately. No action warranted". So if this is the case, are you telling me, this was not needing a response? Since I can't claim that I-60's aren't being replied to, even though I've got hard evidence to prove it, I'm going to do it on a I-60, by I-60 basis, + this is the first. I assume That since I got here over 53 of my I-60's that needed reply's were not replied to, you'll be recieving alot of these. Sorry in advance.
         Will not be sent until 8/5/16. That's 4 days for a response. The response could simply

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

be, you're [...] details needed on either, that shouldn't take more than 4 Days to write, so I feel that is an adequate amount of time to be considered reasonable. I just as well assume, I'll be told it's not on this step, so I'll keep track of it, to- when I recieve my reply, & forward it attached with my step 2. Final note, dinner was the same, but the sgt got me a pb+J so no problem.

It's just as well, if he doesn't reply, & my I-60 clearly states, "I'm going to just write my step 2", then you should speak with your officers about not doing what's needed to avoid step 2s, "grievances," being once unecessarily written on them, to you.

Thank you for your assistance.

---

**Action Requested to resolve your Complaint.**
) make sure johnny Sac meals include a substitute for no egg restrictions. 2) could you please have cpt Salazar, respond to I-60's when warranted, especially when requested?

Offender Signature: ___Vince Conn___    Date: ___7/21/16___

---

**Grievance Response:**

Your concern has been noted. An investigation was conducted and did reveal no evidence to substantiate your allegations of improper meal distribution. Staff contends that you were provided the proper substitute for eggs. No action warranted at this time.

Signature Authority: ___C. Furr AW___    **Warden C. Furr**    SEP 15 2016    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority:_____

**OFFICE USE ONLY**

| | |
|---|---|
| Initial Submission | UGI Initials:_____ |

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

| 2nd Submission | UGI Initials:_____ |
|---|---|

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

| 3rd Submission | UGI Initials:_____ |
|---|---|

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

NOV 1 7 2016



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2016192008

UGI Recd Date: 9/23/16

HQ Recd Date: SEP 29 2016

Date Due: 11-8 11-2

Grievance Code: 500

Investigator ID#: 1722

Extension Date: 12-12

Offender Name: Vincent Coison    TDCJ # 1973705

Unit: McConnell    Housing Assignment: 4B15T    3B

Unit where incident occurred: McConnell    19T

---

*You must attach the completed Step 1 Grievance that has **been signed by the Warden** for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has **been returned unprocessed**.*

---

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

Fine, raisians are an adequate substitute for eggs. What this still doesnot resolve is the fact that cpt Salazar still to this day has refused to respond to any of my now 5 I-60's. If the egg was, or is our substitute, why not just say that. I can't argue that staff's not answering I-60's because y'all will claim they are, there is yet another issue of them not. As I stated in my last II Step 2, I'll simply be writing step 2's every time an I-60 goes unreplied to, & if it weren't the fact that I have to wait 7 days between them, I'd have 5 more to submit right this second, but of course, staff replies.

---

**I-128 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

_____
_____
_____
_____
_____

**Offender Signature:** _Vinole Caca_      **Date:** _9/22/16_

**Grievance Response:**

Submit one issue per grievance per policy.  Your complaint has been noted.  According to said officer raisins were the only substitute available, however, peanut butter or cheese are the normal substitutes for eggs.  Every effort will be made to ensure the appropriate meal is provided to all offenders.  No further action warranted.

P. Chapa, Assistant Regional Director

**Signature Authority:** _____      **Date:** _11-03-2016_

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**      **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

  (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2ⁿᵈ Submission**      **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

  (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**      **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

  (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                         **Appendix G**

# Texas Department of Crimin [Justice]

## STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2016171406

Date Received: 7-5-16

Date Due: 8-14-16

Grievance Code: 500

Investigator ID #: 4950 222C

Extension Date:

Date Retd to Offender: AUG 10 2016

Offender Name: Vincent Cohen    TDCJ # 1973705

Unit: Mcconnell    Housing Assignment: 4D15T 15T

Unit where incident occurred: Mcconnell
3 pancakes

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt Jones infront of chow hall    When? 7/4/16

What was their response? it's the policy because we got oatmeal, & fruit to

What action was taken? none

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Since I've been here we've gotten 3 pancakes every time, whether officer or inmate, & even during the prison's most strict time during Audits, but today 7/4/16 we're given 2. Then the officer giving them says it's the prison's policy, the inmates may give yall an extra one, but not me. That reply would be fine if it weren't for the fact that every officer, & inmate alike has given us 3 pancakes. Then I talk to the sgt out front & he informs me it's because we also got fruit & oatmeal, but to this day I've never once not gotten the same & not gotten 3 pancakes. Somebodies lying. Maybe it is policy, & if that's the case then if every single one of your officers (strict ones I but I included), & the inmates think we should have 3, then your policy needs to change to 3 pancakes. I already sit around hungry before lunch when we're given 3, now we're given 2, & no I don't make store so eating what's in my locker, as some of your officers have told me in the past, is not an option. Second issue; If we've got to bring our issue to an officer, in this case a sgt, & he's going to make up any excuse he can think of, no matter how blatent a lie, then what's the point? I.E. "you only got 2 pancakes because yall also got fruit & oatmeal with it". If there was a single other instance where we didn't get either fruit or raisins, & or oatmeal, & or grits then his statement would be true. He's not a new hoot or an officer thats only been here for a few yrs or mths, so he should know better, being a sgt. If he's mistaken then he shouldn't just make up something to try & defend his officer, vs just finding out & correcting the problem.

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

**Action Requested to resolve your Complaint.**

Allow us to have 3 pancakes at breakfast. And. Stop your officers, lower thigher ranks alike, from bold face lying to us, to save the prison face, if it's a problem, fix it. That or stop making it policy to go to th.

**Offender Signature:** _Nman Case_                                              **Date:** 7/4/16   [then]

**Grievance Response:**

Your concern has been noted. An investigation was conducted and did reveal that the breakfast meal for July 4, 2016 included three pancakes and that three pancakes are to be serve! with hot meals. There is no Sergeant Jones working at the McConnell Unit. No evidence could be found that the proper serving size was not provided on the alleged date. No action warranted.

**Signature Authority:** _C. Furr_                          **Warden C. Furr**                    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        ***Resubmit this form when the corrections are made.**

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2" align="center">**OFFICE USE ONLY**</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F

NUV 0 2 2016

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2016171404

UGI Recd Date: 8/15/16

HQ Recd Date: AUG 19 2016

Date Due: 9-24-16

Grievance Code: 500

Investigator ID#: 1257

Extension Date: 11-3

Offender Name: Vincent Torson    TDCJ # 1973705

Unit: Mcconnell    Housing Assignment: 4015T 3B19T

Unit where incident occurred: Mcconnell

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

First I'd like to appologize, I'd asked an inmate for sgt jone's name, the actual sgt's name is Petterson, + if/or when you speak with him + you ask about met this, if he has a hard time fraguring who I am, I'm the one who showed him the step 1 about the poncakes at the front desk, in four building, at lunch, on 8/11/16

Second: I really don't appreciate being called a liar in each + everyone of my grievances! Does it really seen logical that I'd just decide to write a grievance on something so stupid? Just to be lying? If you'd have questioned the officer behind the cage handing out the poncakes then you should know, + if you did + he lied, then each + every single inmate before + after me that ate breakfast could testify to it, but did you? of course not, so what's your reply, you're lying!

Third: Yesterday Fri the 12th, I yet again recieved 2 poncakes, albeit, on a diet tray. I've no idea if diets' are supposed to get 2 or not, but my step 1 didn't mention it, so I assume 3 is the norm there to. No I didn't bring it to any one's attention.

Fourth: If you can't bring up the log of inmates who scanned their ID's, then utilize the camera's, either way, if this is returned unresolved, then the next time I get 2 poncakes, my already filled out 1983, will be dated + submitted. Fix the issue or not, don't care. All I ask is you simply tell all of the kitchen kitchen staff that it's supposed to be 3 poncakes, you've already told me. I hope yall take this seriously. I am!

Last note: I'm not regularly diet . . when they have eggs since I'm allergic to them, so this doesn't answer the . . aties on the 4th.

Offender Signature: _Norse Coen_____    Date: _8/13/16_

**Grievance Response:**

An investigation has been conducted into your complaint. You were appropriately advised at Step 1. Please refer to that response. There was no conclusive evidence found to substantiate your claims that food is not being served in accordance with policy. No further action warranted by this office.

Signature Authority: _____ **B. BARNETT** _BBarnett_    Date: _OCT 20 2016_

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**    **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)    **Appendix G**

Texas Department of Crimi~~nal~~ Service

# STEP 1

## OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance # 2016133105 |
| Date Received: 4-27-16 |
| Date Due: 6-6-16 |
| Grievance Code: 505 |
| Investigator ID #: 4950 2226 |
| Extension Date: |
| Date Retd to Offender: |

**Offender Name:** Vincent Cobson    **TDCJ #** 1471205

**Unit:** Mcconnell    **Housing Assignment:** 40HT    4D-15T

**Unit where incident occurred:** Mcconnell    Security

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

**Who did you talk to (name, title)?** Desk boss, Building Boss    **When?** 4/25/16

**What was their response?** file a grievance & They told me to release you so I did

**What action was taken?** Told each of us to file a grievance.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I am writing because Today 4/25/16 We (garment factory workers) were called to wait in the hall way by the front desk, until A turn out was ready for us. That was at 5:44 am. At 5:55am count finally cleared. First, what is the point of having 30-40 minutes wait in the hall way, when we're not allowed to leave during count? Next. To call us out to leave, That's reasonable. To call us out to wait 5 min is also reasonable. 10 min not so reasonable. 15 min not reasonable. 20 min unreasonable. 25 mins extremely unreasonable! We didn't get released to ~~the~~ A-turn out until 6:15am 27 mins after we were called out. That is ridiculous. The desk boss simply said, "A-turn out called and told me to line you up". I asked him, "does it make since for us to wait out here for 27 mins instead of in our respective dayrooms, right up the hall?" His reply, "I really don't care, here or there, but they told me to line you up, so I'm going to do as they told me". So with this being said, it's pointless for me to speak to him or the sgt of the building since he to said if you have a problem, ~~an~~ write a grievance. So here I am. I don't know who to direct this towards. The desk boss, A-turn out, all guards, policy, I just don't know. I think some common sense should be used in this account. It takes us less than 60 seconds to file out of all 3 sections of D dorm, & I assume the same for the other sections E, F, A, B, C. If they're not ready for us, while have us line up nearly a half hour early. It's not like if they waited until 5 mins before they were ready for us to call us, that, that call would be harder, more complicated then the 30 min early call. I know it's possible because ~~not to~~ some of the guards who operate A-turn out and the front desk, allow us to wait until right before it's time. Then to make things worse they let us out of our rooms at 5:10 am. Our work time is 6am—12pm unless we go back for the second shift. When they let us out, from that time to when we were finally released to work at 6:15am 1 hr & 15 mins. Is that really reasonable. Since I've been working at the garment factory we've been released at 6am to go to work, maybe a hand ful of times. Every other time is after 6am, some times even at 7am. Maybe 5 or 6 times before 6am & I'm talking 5:55 at the earliest.

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

**Action Requested to resolve your Complaint.**

Make it SOP (standard operating procedure) that we are let out at a reasonable time before we're required to be out, Garmet factory should be let out of our rooms at 5:45 am. By the time everyone is out, it'll be 5:55. Time to go.

Offender Signature: _Vincent Corтом_     Date: _4/25/16_

**Grievance Response:**

Your concern has been noted. An investigation was conducted and did reveal that on the date in question staff did adhere to the building schedule. No evidence of misconduct could be found. No action warranted.

lanir

Signature Authority: _C Furr_   **Warden C. Furr**   Date: JUN - 6 2017

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening l
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission   UGI Initials:_____
Grievance #:_____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2ⁿᵈ Submission   UGI Initials:_____
Grievance #:_____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3ʳᵈ Submission   UGI Initials:_____
Grievance #:_____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2016133105

UGI Recd Date: JUN 14 2016

HQ Recd Date: JUN 20 2016

Date Due: 7-24-16

Grievance Code: 505

Investigator ID#: 1722

Extension Date:

Offender Name: Vincent Corson    TDCJ #: 1973705

Unit: Mcconnell    Housing Assignment: 40 15T

Unit where incident occurred: Mcconnell

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 th... has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

I'm being told that the building schedule diatates that anywhere between 30 & 50 inmates should be standing in, or at the front desk waiting for upwards of an half hr (27 mins) instead of in the locked, & secured Dayrooms of their respective sections. Instead 30 to 50 inmates should stand around 2 to 3 officers, because there's never, ever, not once been a issuse with inmates getting upset, & belligerent because they feel done wrong, & in doing so causing a riot, which I'm sure has never happened, & if it does, I'm sure your 2 or 3 officers could stop all 30 to 50 of the inmates. Yes I'm being dramatic, since just stating facts does not work. I'm in no way saying I am, or will cause any of these problems, I'm simply stating that they've happened before, far far less. If it is the buildings policy, & or schedule to let us out of our cells 50 mins early, & then out front, in line before count clears, & then have us stand there for 27 mins, then I still feel this policy needs to be addressed. Now, it's not a comfort concern only, no, it's also a safety concern for not only the inmates, but also your officers. All of your officers have stated time & time again that this prison is under staffed, so in the event of a 30-50 men uprising, in a confined space, this prison simply can't handle it effectively. Not with out pulling officers from all other positions around the prison, & still might not be enough. Why even raise the risk for such a possibility, when the simple solution is leave us in our secure locations, until you're ready for us. Not 27 mins early. You're putting security, safety, & lives at risk by following this standard of practice. I feel I must repeat this: I'm in no way whatso ever! Saying that I am, or will try & cause any unrest, or problems! I'm simply stating that they do in fact happen, for far less. Tensions for inmates are already high, why unnecessarilly push them even higher. Fights, & can happen over a simple accidental bump, which could lead to for worse,

I-128 Front (Revised 11-2016)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

so why needlessly pehe the ba?

Offender Signature: _Vince Town_                     Date: _6/6/16_

**Grievance Response:**

Your complaint has been noted and was appropriately addressed at Step One.    Investigation revealed staff were following orders.    Offenders will not always privy to security related issues. No further action warranted.

P. Chapa, Assistant Regional Director

Signature Authority: _____    Date: _07-07-2016_

**Returned because:**    *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**                    **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

  (check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2ⁿᵈ Submission**                    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

  (check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**                    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

  (check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                        **Appendix G**

# Texas Department of Criminal Justice

**STEP 1**

## OFFENDER GRIEVANCE FORM

120-27  40 63t

Offender Name: _Vincent Colson_   TDCJ # _1973705_

Unit: _McConnell_   Housing Assignment: _4015F_ ~~BA-2~~

Unit where incident occurred: _McConnell_
I-60's & eggs

OFFICE USE ONLY

Grievance #: _2017001935_

Date Received: _9.6.16_

Date Due: _10.18.16_

Grievance Code: _500_

Investigator ID #: _1950_

Extension Date: _11/25/16_

Date Retd to Offender: NOV 22 2016

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Sgt Flores_   When? _7/7/16_

What was their response? _Write appropriate depts was her instructions_

What action was taken? _Did, & was ignored on several attempts_

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The attached I-60 was sent to the Warden on 8/29/16, as like usual, I recieved no reply. Even a simple 'OK, or I'll look into it, or acknowledged, or even 'I don't care' would've been fine, but like normal, & this is the 6th I-60 in total I've written the Warden & got no reply, I still got no reply, I've followed proper procedures & have achieved little, so here's my grievance & maybe I can have my current issue resolved. This is a 2 part grievance.

1) It would be nice if the I-60's that require responding to, are responded to, & not simply ignored. &

2) The egg substitute in my opinion is very inadiquate. As my I-60 states, I am not willingly turning down eggs, I am allergic to them, so why am I not given a viable substitute? Why not like breakfast either a pb&J or a diet tray? Then to add insult to injury. On Tuesday the 30th we had (2 slices of bread, a chicken patty, then a scrambled egg sand which, with 2 more slices of bread. I forgot to mention the chicken patty also came with 2 slices of cheese. The egg substitute was 2 more slices of cheese, equaling 4 slices.) Fine. Problem comes on Wednesday the 31st when we had (2 slices of bread, a chicken patty, no cheese, another scrambled egg sandwhich, with those 2 slices of bread. Our substitute again, 2 slices of cheese, equaling 2) Would someone like to explain how on the 30th 4 slices of cheese was enough, but on the 31st 2 was efficet?

I honestly don't get why feeding us complete meals is so complicated. Y'all already serve the diet trays that don't come with eggs, (to my knowledge), why can't they just give us diets? If that's not possible, then maybe a pb&J sandwhich, else, just 2 of the non egg items.

My major problem comes where I've lost over 40 lbs since arriving here, to the extent

**I-127 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

that I am ___ of ___ Weight ___ + age. Now you want to under nourish me even further. I've sought this to the attention of medical staff, b+ am told it's not a problem. Of course t, it's with 3 square meals a day, + not 2 slices of cheese.

Also for the record I've got over 14 unanswered I-60's between the (Warden's, both assitant Warden's + Major). At that point, it's deliberate not just a mistake, or misunderstanding, or just misplaced. That's 5 different high ranking + highest ranking officers on the prison setting the standard that it's OK to ignore the inmates requests for help + I-60's.

**Action Requested to resolve your Complaint.**
reply to our I-60's & feed us adequitely. Give proper egg substitutes I.E. (Pb&J, diet tray, or double non egg items)

**Offender Signature:** _Vincent Zov___      **Date:** 9/1/16

**Grievance Response:**

Your complaint has been reviewed. Investigation revealed that the Food Service Department contends that peanut butter, jelly and cheese are the substitutes for egg and that the mandatory calorie count is met when preparing sack meals. No further action is warranted.

**Signature Authority:** _C. Furr___      **Warden C. Furr**   **Date** NOV 2 1 2016

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**       *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

### OFFICE USE ONLY

Initial Submission        UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**        UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**        UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F



**OFFICE USE ONLY**

Grievance #: 2017009935

UGI Recd Date: 12/06/16

HQ Recd Date: DEC 1 2 2016

Date Due: 1·15

Grievance Code: 500

Investigator ID#: 1722

Extension Date:

FEB 0 2 2017

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: Vincent Corson    TDCJ # 1973705

Unit: McConnell    Housing Assignment: 12D27

Unit where incident occurred: McConnell    'TI45B

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the ... ...e at Step 1 because...*

You skipped #2), It would be nice if ... 's that require responding to, are responded to + not simply ignored. My resolution (Reply ... our I-60's)   Incomplete

This was my first complaint, + you skipped it. Y'all are Picking + choosing what to try to remedy, + it's ridiculous. I've got over a dozen (12) I-60's to the Kitchen, with not a single response, + y'all say staff contends that they respond to I-60's. Not A Single Response From The Kitchen!

## That Is my Problem!!!!!!!!!!!!!!!

## Respond To I-60's

Fix this + you'll have Alot less Grievances!

Grievance 2017001935

If he would've replied with a simple, that's the substitute, there would've been no Grievance.

## SIMPLE STUPID!

**I-128 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

_____

_____

_____

_____

**Offender Signature:** _Wrez Iom_         **Date:** _12/6/16_

**Grievance Response:**

Submit one issue per grievance per policy.  Your complaint has been noted and was appropriately addressed at Step One.  No further action warranted.

E. Garza, Assistant Regional Director

**Signature Authority:** _Erin Jaye_        **Date:** _1/6/17_

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**      **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

  (check one) ____Screened     ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**      **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

  (check one) ____Screened     ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**      **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

  (check one) ____Screened     ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                               **Appendix G**

Texas Dep~~artment~~ ~~Ju~~stice

# STEP 1 ~~OFFENDER~~ GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2016196445

Date Received: 8-16-16

Date Due: 9-25-16

Grievance Code: 701

Investigator ID #: 1950 2219

Extension Date: _____

Date Retd to Offender: SEP 2 3 2016

Offender Name: Vincent Cohen    TDCJ # 1973705

Unit: Mcconnell    Housing Assignment: 4DIST 1ST

Unit where incident occurred: Mcconnell

LL- Items

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Law library    When? 8/10/16

What was their response? No reply

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I-60= Is there any specific reason my I-60's + I-303's are being completely ignored? 8/5/16, I submitted a I-60 for a session on Monday the 8th, + got none. Positive I sent it since I had to request permission to leave my section at 7am to send it directly in the law library box. Then on 8/8/16, I submitted my complete I-303, which requested 35 paper, 5 envelopes, 1 pen, 2 legal mail, + 1 regular mail sent. The mail was sent, but no supplies were sent, + no explanation why was included. I've consistantly had problems with the law library, outright ignoring my I-60's + I-303's. Could you please advise me as to the reason why? That way if it's something I'm doing, I can correct it. I must warn, if This I-60 is ignored, a complete copy will be included, + forwarded with my step 1, I submit. Last note, there are at least 7 other instances, so no it's not just twice    AUG 11 2016

AUG 11 2016    End sent to law library on 8/10/16 6 am law library box

AUG 11 2016

I then sent another I-303 requesting the above items, + they actually replied stating that I need to use the items issued me on the 9th. The very same items of my above I-60 states that I did not recieve, + of course they ignored it yet again (I-60). Once again another set of officers, ignored my I-60, but the prison staff replies to I-60's appropriately. I'll be taking my now empty indigent folder up there by hand, + I'm sure they'll simply say I'm lying + that they issued me the products, + that they're perfect, + couldn't possibly have made a mistake. In the past I've written 6 I-60's requesting carbon paper, + 5 were ignored, I written several others that needed replying + of course they've not been returned or replied, + to make matters worse The attached I-60 was sent on the 3rd, + on the back of the I-303 I stated, "I'm unaware if you can send these letters legal, so I've left them unsealed. They're legal mail, but if not please send them regular. Could you

AUG 11 2016

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

please cop. Case 2:17-cv-00077 Document 1 Filed on 02/24/17 in TXSD Page 40 of 53. I-60's
Thank you. Of course I got no answer, only the I-60 that's attached to this step 1.
Yes it is the original I-60, sent + returned untouched. I don't understand why the law
library doesn't have to respond to I-60's accordingly. I got no lay-in today for the law library
8/10/16, + I send an I-60 5 days a wk, + keep a log to show I did it, that way when y'all
say "hey your lying", I have documented evidence. It would be nice if before y'all respond to my
step 1 + say y'all did an investigation, + then tell me, your wrong, they say they did comply, that
y'ou'd call me to the office + allow me to produce to you every single I-60 I've gotten
back over the last 6 mths or so. I'll show you them all! Also, yet another set of offices that say
that I will submit a step 1 of they don't reply, but they still don't reply. AUG 11 2016

**Action Requested to resolve your Complaint.** Force the law library to at minimal respond to requests for
info, or issues, if not all I-60's

**Offender Signature:** _Nnaree Tarr_  **Date:** 8/10/16

**Grievance Response:**

Your complaint has been noted. Investigation revealed the law library received (2) I-60 request on 08/08/16 and
you were scheduled for the next available session on 08/09/16, and you were a NO SHOW. You were also layed in
on 08/11/16 from 0730am-1130am, and you attended the session only from 0753am-1030am and requested no
extra time available. You have not been consistent attending your requested sessions, nor have you been consistent
requesting law library sessions. Furthermore, you claimed on 08/11/16 you did not receive the supplies issued to
you on 08/09/16, but in good faith you were given the supplies you had requested and were issued over the
counter on 08/11/16 during your scheduled session. No further action warranted.

**Signature Authority:** _C. Furr_  **Warden C. Furr** **Date:** SEP 22 2016

If you are dissatisfied with the Step 1 response you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**  *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _S. Ruiz / S. Ruiz_

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission  UGI Initials: _SR._

Grievance #: _2016194243_

Screening Criteria Used: _#2  799_

Date Recd from Offender: AUG 11 2016

Date Returned to Offender: AUG 11 2016

**2nd Submission**  UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**  UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

## OFFENDER GRIEVANCE FORM

Offender Name: Vincent Carson    TDCJ #: 1973705

Unit: McConnell    Housing Assignment: 4B15F - 3B MI

Unit where incident occurred: McConnell

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2016196445 |
| UGI Recd Date: | 9 24 16 |
| HQ Recd Date: | SEP 29 2016 |
| Date Due: | 11 5 |
| Grievance Code: | 101 |
| Investigator ID#: | |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).    I am dissatisfied with the response at Step 1 because...**

→ I don't quite understand how I say I requested a session on the 5th for the 8th, + y'all reply back + say your request submitted on the 8th was scheduled for the 9th. Could some one please explain how those dates are the same? (Not resolved)

→ I requested I-302 items on 8/9/16 + did not recieve them, + sent the I-302 back, with a I-60, asking what happened + explained I did not recieve items request, + the I-302 was returned + stated use supplies issued 8/9/16, so I grieved it, + the next day 8/11/16 I in fact did get my supplies, + my issue of the I-302 supplies was resolved, but not the not responding to my I-60's. (half resolved) = (Not resolved)

→ To this day I don't get my I-60's replied to; correction, not all of my I-60's, for instance, the one I submitted today the 23rd + on the 21st, both had to be resubmitted in person to get my informa + 6 month trust fund printout. So the standing order is if I don't submit them in person, they don't exist. (Not resolved)

→ The attached I-60 I grieved about since they didn't respond, yet again, + this time when mrs moore, in the presence of mrs Almendarez, standing in front of her office, with my grievance in hand talking about my unreplied to I-60's; about wether 2 addresses were legal or not, + my non receite of supplies, she stated, + I quote "We will not respond back to all those I-60's". So the issue of having my I-60's replied to. (Not resolved)

→ I don't understand how I state I have a problem with unreplied to I-60's + y'all act right ignore that issue. Is it policy for us, not to get replies? I know in our inmate manuals it states, "will be responded to in a timely manner", not, "will respond if, + or when we feel like it!" Further more, if I-60's were returned we (inmates (me)) would be able to keep a log. A record of responses. To this day, I have each + every

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

single I-60 I've recieved back, replied to, so I know for a fact I got no replies, of the grieved about supplies & ~~attach~~ stated I-60 in the beginning of my step 1.

→ If y'all are going to simply ignore the issue of the I-60's being replied to, could you at minimal explain why? That's the issue of this grievance.

2nd included I-60 was written in law library right after she spoke the words

**Offender Signature:** _Vincent Cruz_          **Date:** _9/23/16_

---

**Grievance Response:**

Step 1 has addressed your complaint. In accordance with ATC-030, law library session are provided to offenders with direct law library access. In accordance with BP-03.91 and AD-14.09, you failed to qualify and/or show good cause for the correspondence supplies you requested.  Correspondence supplies will be provided, after you demonstrate that you are in fact exhausting and utilizing your supplies and can articulate a legitimate need (e.g. pleading, motion, brief, etc.) for more.

R. Pool, Asst. Program Administrator
Access to Courts, Counsel and Public Officials

**Signature Authority:** _R. Pool_          **Date:** _10/7/16_

---

**Returned because:**     *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened     ____ Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2ⁿᵈ Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____ Screened     ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____ Screened     ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                    **Appendix G**

# Texas Department of Criminal Justice



# STEP 1

## OFFENDER
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2016974965

Date Received: 7.11.16

Date Due: 8.20.16

Grievance Code: 815

Investigator ID #: 1950

Extension Date: 9-29-16

Date Retd to Offender: SEP 23 2016

Offender Name: Vincent Cobon    TDCJ # 1977705

Unit: Mcconnell    Housing Assignment: 4015T 15T

Unit where incident occurred: Mcconnell
                               heat

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Unable to speak with anyone, they refused to get rank  When? 7/7/16

What was their response? N/A Update at the bottom "Sgt Norman"

What action was taken? N/A Non

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I requested to be allowed to get a cup, or bottle out of my room + officer perez out right denied me that right, + refused to allow me to get it, or to get me one. Y'all (Tdcj) just had us sign a policy agreement that requires us during the summer mthe to either let us get a cup, or supply us with one, + with plenty of attitude she refused, while going off on the 2 trainees for just trying to help me. I then requested to speak with rank, + with a dismissive wave of her hand she refused that to. I'd like to point out that she then went onto let out Offender G bottom, then search 9 cell, went up to 3 row + search 24 cell, but still refused to allow me to get some water. So obviously she just has a problem with me. I asked G bottom why she let him out, + he stated he doesn't know. the officer said something + she let me out. I on the other hand am told + I quote "I'm not doing an int out, you should've brought your cup out with you" Incident occured on 7/7/16

JUL 08 2016

Update! Sgt norman came in + I spoke with her about this while perez + the trainee were doing count, I could not hear what she was going to do, but she asked when we were let out + I said an hr or so ago, then she said something + walked off. Walked around the dayroom, looked in the rooms, then left, + I've still got no cup, or bottle, or water.

JUL 08 2016

Officer Perez: 1) refused to allow me to get a cup, or bottle 2) refused to get me a cup 3) didn't check + verify everyone had one 4) refused to get rank 5) argued with trainees for trying to help me.

JUL 08 2016

Sgt Norman: 1) refused to allow me to get a cup or bottle 2) refused to get me a cup

JUL 08 2016

Trainees Vasquez, + Shepard: 1) Dont have the power to over rule anyone, whether policy is being broken or not.

JUL 08 2016

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Lastly, it was not count time when I ask to get my cup or bottle. It wasn't count time when officer perez allowed (bottom act), I searched 4&24 cells.

**JUL 0 8 2016**

I truly hope yall (Tdc) don't decide to go against the policy, contract y'all (Tdc) had us sign at 10am, unsure of the specific day.

**JUL 0 8 2016**                    1hr & 20 mins later

Final update: Officer shepard finally decided to go against officer perez & allow me to get my cup. Even as she stood in the D space giving him the "what the hell" gesture. **JUL 0 8 2016**
Your officers need to know, trainee or not that if policy is being broken, by us (inmates) or them (officers) they aren't to allow it if they witness it. Sets a very bad example!

**Action Requested to resolve your Complaint.**
I don't know what your punishment is going to be, but she (officer Perez) needs to at minimal be written up, if not suspended for violating the contract Tdc had us sign less than a wk ago

**Offender Signature:** _____     **Date:** 7/7/16

**Grievance Response:**

Your complaint has been reviewed. Investigation revealed no evidence to substantiate your allegation of staff misconduct or that staff violated policy. Employees are instructed to adhere to all agency rules and regulations and any violations are dealt with in accordance with policy and not subjected for disclosure. No further action is warranted.

**Signature Authority:** _C. Furr AW_                    **Warden C. Furr**        **Date:** SEP 2 1 2016

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *    7/5
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _C. Sehle_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission          UGI Initials: CS
Grievance #: 2016174192
Screening Criteria Used: 899 #2
Date Recd from Offender: JUL 0 8 2016
Date Returned to Offender: JUL 0 8 2016
2nd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



**OFFICE USE ONLY**

Grievance #: 2016174965

UGI Recd Date: 9/26/16

HQ Recd Date: SEP 29 2016

Date Due: 11.5

Grievance Code: 815

Investigator ID#: 1702

Extension Date: _____

## Texas Department of Criminal Justice

# STEP 2     OFFENDER GRIEVANCE FORM

Offender Name: Vincent Corson     TDCJ # 1973705

Unit: McConnell ✓     Housing Assignment: 401SF 3B19T

Unit where incident occurred: McConnell

---

*You must attach the completed Step 1 Grievance tha.. ...been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 ... been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with.. ...sponse at Step 1 because...*

So you're telling me that on 7/7/16, sgt Norman didn't get stopped by me, asking about why I couldn't get my cup, or get one supplied to me by officer Perez or the other 2 in training officers? You're also stating that officer perez didn't let out the offender in cell 6 or search cell 4. Then you're also stating that officer Shepard didn't come up to my room & finally let me in & let me get my cup. I guess I'm just insane. I guess you're also stating that the camera's (while they don't contain audio) also log non of these alleged incidents. Hell, I guess yall even questioned the offender from Cell 6, & he even said I'm lying. I'm just out of my mind, so since yall most certainly must feel this way, could yall please inform mental health of this? I clearly am delusional. That, or yall aren't doing your jobs, & the fact that offender in cell 18B, witnessed this series of events & advised me to grieve it, leads me to believe it did happen. Could you tell me what, besides questioning Perez, Vasquez, Shepard & Norman, your investigation that took 46 days to complete intailed?

    Since this seems to be a general theme, from now on I jump & wave for the closes camera so you'll have a specific reference point to refer to, unless you're telling me you're not allowed to review the camera's for grievance's. If that is the case, could you please tell me that? If this is the case, then from now on I'll make sure to get atleast 4 witnesses, hopefully both inmate & officer's alike. Either way, issue?
(Not resolved)

---

**I-128 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

**Offender Signature:** _N̶l̶o̶___ _____     **Date:** _10/27/16_

**Grievance Response:**

Your complaint has been noted and was appropriately addressed at Step One.   As an incarcerated offender of TDCJ you are not permitted to request corrective action be taken against any employee.   All offenders should be ready for ingress/egress, you were not.   However, the desk officer has cone cups for offender use.   No further action warranted.

P. Chapa, Assistant Regional Director

**Signature Authority:** _____     **Date:** _11-30-2016_

**Returned because:**    *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☒ **3. Originals not submitted. *** *Signature*

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.***

☐ **6. Inappropriate.***

**CGO Staff Signature:** _L. Peltier_ _____
10-4-16

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission**    CGO Initials: _LP_ | |
| Date UGI Rec'd: _90-26-16_ | |
| Date CGO Rec'd: _9-24-16_ | |
| (check one) _X_ Screened ____ Improperly Submitted | |
| Comments: _Signature_ | |
| Date Returned to Offender: _____ | |
| **2nd Submission**    CGO Initials: _____ | |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission**    CGO Initials: _____ | |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)                                    **Appendix G**

Texas Department of Crir ...

# STEP 1

OFFE. ER
GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2017023849

Date Received: 10-14-16

Date Due: 11-23-16

Grievance Code: 701

Investigator ID #: 4950 ___

Extension Date: _____

Date Retd to Offender: NOV 23 2016

12D-27

Offender Name: Vincent Corson       TDCJ # 1

Unit: McConnell     Housing Assignment: 17F13

Unit where incident occurred: McConnell
                              Supplies

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mrs. Moore      When? 10/13/16  9/7/16

What was their response? You can't get both pens. Go sit down NOW!

What action was taken? Nothing!

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 10/4/16, I recieved my indigent supply envelope back without all requested items. The item short was a Pen. I've tried grieving this issue since the 5th, and have had multiple road blocks placed infront of me by all of the staff, including the sgt's. Today, 10/13/16, I am rewriting my grievance in the hopes of getting it submitted, since the grievance officer took my one this morning, even while still incomplete, & knowing she will simply reject it for the second time. As you've noticed there are 3 issues, but since I have to choose one I will. Other grievances will follow.

Issue: I submitted my I-302 indigent supply request on the 1st, with 2 pens enclosed. 1 for legal, & 1 for non legal. I recieved 1 pen in return, & they kept both empty pens. Per policy, I'm allowed 1 pen per week legal (with exchange), & 1 pen per month (with exchange). That means since we can only submit requests on Mondays, That's 5 legal pens, and 1 non legal pen, totaling 6. No where in the policy does it state (you cannot request both legal and non legal supplies at the same time) nor does it say (You are to do your non legal work with your legal materials, and your legal work with your non legal materials.) Unfortunately, Mrs. Moore is enforcing both of these unwritten, policies. How?

Simple: If I can recieve both my legal, and non legal 25 sheets of paper, and envelopes, and send out their respective mails, but am only allowed either a legal pen, or non legal pen, then how do I completely use both legal or non legal supplies. First, it's impossible! No indigent pen can write on 25 sheets of paper, front and back, plus envelopes and grievances and I-60's, and that's just non legal. There are still 25 more sheets, & envelopes, and ML-74 (2/96)'s, on top of any other legal item we recieve from the law library (1983's, state bar grievances, child support inquiry's, and the like). By implementing the above 2, unwritten policies Mrs. Moore, is in effect breaking the written policy as also stated

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

above, and violating my right to unimpeded access to the courts (I cannot be expected to do legal work without proper supplies). If the 2 unwritten policies are to be followed, then they need to be written. Lastly, when I requested information for why the second month in a row this has happened, my I-60 was yet again ignored, and not responded to or returned. Which makes this the 3rd complaint on the same issue with out it being resolved, which seems to mean the grievance system is ineffective.

In closing: If the 2 unwritten policies are to become policy, then make them written, if not then follow the written policy. If we can not obtain both legal and non legal pens, then modify the I-302's so it only shows one or the other, not both. If it is a written policy, then please forward me a copy, and simply by stating there is, will only compel me to file my step 2!

**Action Requested to resolve your Complaint.**
Show only 1 pen policy, reply to I-60's, allow 2 pens (legal and non legal), or modify I-302's to show only legal pens, stop enforcing unwritten policies just because you feel like it, and have the power

Offender Signature: _Nickolas Ross_                     Date: 10/13/16

Grievance Response:

Your concern has been noted. An investigation was conducted and did reveal that supplies have been issued to you in accordance with AD-14.09. No evidence of staff misconduct or policy violation. No action warranted.

Signature Authority: _C. Furr_          **Warden C. Furr**          Date: NOV 2 2 2016

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:___ ____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**2nd Submission**          UGI Initials:_____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**3rd Submission**          UGI Initials:_____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2017008186

Date Received: 9-16-16

Date Due: 10-26-16

Grievance Code: 701

Investigator ID #: 1950

Extension Date: _____

Date Retd to Offender: OCT 2 7 2016

Offender Name: Vincent Corsos    TDCJ # 1973705

Unit: McConnell    Housing Assignment: 4D05T

Unit where incident occurred: McConnell    38 AT

Supplies #2

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Cpt Gonzalez    When? 9/8/16

What was their response? Not his dept, write Grievance

What action was taken? Writing grievance

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

I'm being told by law library staff, to include mrs Moore Candace, that we're not allowed to get our legal + non legal supplies (indigent) at the same time. When the policy states once a month we can get non legal supplies, + once a week legal. This adds up to on average 5 pens, 25 envelopes, 125 sheets of paper, 20 carbon paper, 20 legal mail, + 5 non legal mail.

Per mrs Moores new unwritten policy change, I can only get 4 pens, 20 envelopes, 100 sheets of paper, 20 carbon paper, 15 legal mail sent with 5 non legal, or 20 legal + no non legale.

On 9/7/16 I requested, 2 pens, 1 indigent legal, + the had non legal, 10 envelopes, 25 non legal paper, 5 carbon copy paper. I recieved 5 non legal envelopes + 25 paper, + she returned one of my empty pens + kept the second, not exchanging it. The 4 building front desk officer had to help me out with a spare indigent (slightly used) pen to resolve this.

Because I did not recieve my legal supplies, I had to send my legal mail, with my personal envelopes (indigent non legal), now today I'm unable to send my non legal mail without using my legal envelopes.

Next.

Mrs Moores made it another unwritten policy that even if our nonlegal mail pertains to legal matters, it can't be sent using our legal envelopes, because if we send it, it won't count as our legal mail being envelope being used, so we won't get our requested amount. If it pertains legal matters we should be allowed to use our legal envelopes, + simply justify their use. Of course the female officer, not officer

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Almendarez *~~Case 2:17-cv-00077h~~ ~~Document 1~~ completed with ...in TXSD. End.

_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.** Be allowed our full months indigent both legal & non legal, if verified. Be allowed to use our legal envelopes non legally as long for legal matters

**Offender Signature:** *Moser Cruz*                  **Date:** 9/16/16

**Grievance Response:**

Your complaint has been reviewed. Investigation revealed no evidence to substantiate your allegation. A review of the supply issue history shows that you have been issued an excessive amount of supplies between 8/2/16-10/10/16. Furthermore, Staff contend that you do not always provide an adequate justification in writing for additional supplies. No further action is warranted.

**Signature Authority:** _____ **Warden K. Putnam** **Date:** OCT 2 5 2016

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**I-127 Back** (Revised 11-2010)

Appendix F



## Texas Department of Criminal Justice

# STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: 2017041226 |
| Date Received: 11.15.16 |
| Date Due: 12.25.16 |
| Grievance Code: 302 |
| Investigator ID #: RSO 2219 |
| Extension Date: |
| Date Retd to Offender: DEC 2 1 2016 |

**Offender Name:** Vincent Corson    **TDCJ #** 1973705

**Unit:** McConnell    **Housing Assignment:** 001FT 3A 21T

**Unit where incident occurred:** McConnell    3A 21T
Denied Access

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

**Who did you talk to (name. title)?** Officer Brandon Skrobarczk    **When?** 11/7/16

**What was their response?** No reply I have a copy of the letter wrote to him also

**What action was taken?** Writing Step 2

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I've submitted 6 I-60's to the law library in the last #10 days, & have recd recieved O responses. I've included 2. I've also been denied the right to utilize the law library while we're on lock down. I submitted a request for the following items, on Friday the 11th, which wouldn't have been picked up until today, the 14th, & they dropped off everyones else's requests, but when I asked Mrs Almenadez about mine, she brushed me off, & refused to respond or stop, per the security camera, at 10:15 - 10:25 am, can this can be verified, also by the roaming guard whom stated, "Maybe she's just busy".

The items I requested are as follows  § 85.025 in the Texas Family Code
                                        Appeal procedures (criminal)
                                        Info on fighting a Protective Order.
Which was all submitted on a ML-74(3/94) Law library Delivery request form, which all of this was denied me.

I requested info on whether or not my mail that had a dead line, was submitted on time, 3 times, & they've refused to respond, & I don't know if they've even sent them.

According to Mrs Joanna Staton, of the Bell County district, as the District Clerk, the mail I submitted on the 14th for my appeal, was not sent until the 20th, 6 days later, which is a 4 day policy violation.

I've requested info about whether my mail is being sent out certified, or not, & they've not responded.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Even after Case 3:17-cv-00071 Indi Document 1 t filed on 02/24/17 in TXSD, ir Page 52 of 53, I did not receive all the requested items, with no response or reason as to why. I have said copies of requests, but can't submit them cause that'd be considered excessive attachments.

In short, the law library staff (Mrs. Moore, Officer Skrobrch, Mrs Almaderezz) all deem it fine to refuse me the right to utilize the law library, with out having constant drama, or having to file constant complaints, which this is the 3rd.

You're going to say, "I'm wrong, I'm lying, & they're right. No further action warranted." Could you please do so in a timely manner. Note: I've got a copy of all above stated unreplied to I-60's.

**Action Requested to resolve your Complaint.** Force them to do their Jobs, & stop harrassing me! Respond to my I-60's

**Offender Signature:** _[signature]_ **Date:** 11/14/16

**Grievance Response:**

An investigation has been conducted into your complaint. Investigation revealed that you submitted your legal material request on 11/11/16. Consequently, it would not be processed until the following day which was 11/14/16. You did receive the requested items on 11/15/16. Your Indigent Supplies Issue Hx reflects that on 11/08/16 you utilized 11 stamps for 3 legal letters, 11/09/16 3 stamps for 1 legal letter, 11/14/16 3 stamps for three legal letters, and 11/16/16 1 stamp for legal letter. No further action warranted by this office.

**Signature Authority:** _[signature]_ **Warden C. Furr** **Date:** DEC 20 2016

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F



SAN ANTONIO PROC 782-2HP
WED 22 FEB 2017 PM

Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 24 2017

David J. Bradley, Clerk of Court

District Clerk
1133 N Shoreline blvd
Corpus Christi, Tx 78401

Vincent Corson
TDCJNo. 1973705
Connally Unit
899 FM 632
Kenedy, Tx 78119